UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS TRAWICK,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>18-CV-4715 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Thomas Trawick ("Plaintiff") hereby discloses the following persons or entities who have a financial interest in the outcome of this litigation:

**Plaintiff**: Thomas Trawick, an individual, and his attorney of record: Micah S. Adkins, THE ADKINS FIRM, P.C., 1025 Westhaven Blvd., Suite 220, Franklin, Tennessee 37064.

**Defendants**:

Diversified Consultants, Inc., 10550 Deerwood Pk. Blvd, Suite 708, Jacksonville, Florida 32256;

Enhanced Recovery Company, LLC, 8014 Bayberry Drive, Jacksonville, Florida 32256;

Equifax Information Services, LLC, 1550 Peachtree Street, NW, Atlanta, GA 30309;

Experian Information Solutions, Inc., 475 Anton Blvd., Costa Mesa, California 92626;

Franklin Collection Services, Inc., 105 S. Front Street, Tupelo, Mississippi 38804; and,

Trans Union, LLC, 555 West Adams Street, Chicago, Illinois 60661.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (TX Bar No.: 24088777)
Federal Bar No.: 2338097
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
Telephone: (615) 370.9659
Facsimile: (615) 370.4099
Email: MicahAdkins@ItsYourCreditReport.com
*Representing Plaintiff Thomas Trawick*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2018, I served the foregoing paper by U.S. Mail postage pre-paid on the following parties:

*/s/ Micah S. Adkins*
Micah S. Adkins