United States District Court
Southern District of Texas
**ENTERED**
March 22, 2019
David J. Bradley, Clerk

Cause Number __H-18-4715__

Style __Thomas Trawick__ v. __Diversified Consultants, Inc.__

**Appearances:**

Counsel:

M. Adkins
R. Rivera,
P. Nobles, R. Reynolds
_____, L. Tanner
S. Solis

Representing:

Plaintiff, by phone
Defendant, by phone
Defendant, by phone
Defendant, by phone
Defendant, in person

Date: __March 22, 2019__

Reporter: __H. Alcaraz__

Law Clerk: __J. West__

Time: ____/____ a.m.
3:10 / 3:15 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

Docket Control Order entered.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
United States District Judge